**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Hubert Elingui, | ) | No. CV-07-2168-PHX-FJM |
| | ) | |
| Petitioner, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Katrina Kane, Immigration and Customs | ) | |
| Enforcement, Department of Homeland | ) | |
| Security, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

The court has before it petitioner's petition for writ of habeas corpus (doc. 1) and the report and recommendation of the United States Magistrate Judge (doc. 9). Because petitioner has been released from custody, R&R at 1, **IT IS ORDERED DENYING** the petition as moot.

DATED this 15th day of February, 2008.

Frederick J. Martone
United States District Judge